IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| ALLSTATE INDEMNITY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

TO:      The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

The Defendant, Allstate Indemnity Company, respectfully shows the Court the following:

1.

A civil action has been brought against the Defendant in the Superior Court of Fulton County, State of Georgia, by the above named Plaintiff, said action being designated as Civil Action No. 2013CV239545, in which the Plaintiff, based upon the allegations in her Complaint, appears to be seeking from the Defendant an amount in excess of $75,000.00.

2.

Plaintiff is now, were at the commencement of this suit and at all times since, a citizen and resident of the State of Georgia.

3.

Defendant, Allstate Indemnity Company, an Illinois corporation, is now, was at the time of the commencement of this suit and at all times since, a corporation organized and existing under the laws of the State of Illinois, having its principal place of business in Northbrook, Illinois.

4.

Defendant attaches hereto a copy of the Summons and Complaint in the Superior Court of Fulton County, Georgia marked as Exhibit "A," and a copy of the Answer of Defendant marked as Exhibit "B."

5.

Now within thirty (30) days after service of the Summons and Complaint, the Defendant files this its Notice of Removal of said action to this Court.

6.

This action is removable by reason of diversity of citizenship of the parties, there appearing to be being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendant, Allstate Indemnity Company, files this its Notice of Removal of said cause to this Court.

Respectfully submitted this 8th day of January, 2014.

WEBB, ZSCHUNKE, NEARY,
& DIKEMAN, LLP


By:   */s/ William E. Zschunke*
WILLIAM E. ZSCHUNKE
Georgia State Bar No. 786650
MELISSA C. PATTON
Georgia State Bar No. 187560

Attorneys for Defendant Allstate
Indemnity Company

One Securities Centre, Suite 1210
3490 Piedmont Road, NE
Atlanta, GA 30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
E-Mail: wzschunke@wznd.net
E-Mail: mpatton@wznd.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Steven J. Strelzik, Esq.
Law Offices of Steven J. Strelzik, P.C.
6 Concourse Parkway – Suite 1920
Atlanta, GA  30328

This 8th day of January, 2014.

Respectfully submitted,

WEBB, ZSCHUNKE, NEARY,
 & DIKEMAN, LLP

By:  */s/ William E. Zschunke*
WILLIAM E. ZSCHUNKE
Georgia State Bar No. 786650

Attorney for Defendant Allstate
Indemnity Company

One Securities Centre, Suite 1210
3490 Piedmont Road, NE
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
E-Mail: wzschunke@wznd.net