UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA L. JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-58-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 7th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:　s/Cynthia Mercado
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　January 7, 2015
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
　　　Deputy Clerk